1  BENJAMIN B. WAGNER
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          CASE NO. 2:10-CR-0407 JAM

12                    Plaintiff,       MOTION FOR DIMISSAL OF INDICTMENT
                                       WITHOUT PREJUDICE AND ORDER
13         v.

14 MARTIN A STEINER,

15                    Defendant.

16

17     Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney

18 for the Eastern District of California hereby moves the Court, in the interest of justice for an Order

19 unsealing and dismissing without prejudice the Indictment in the above-entitled matter.

20 Dated: March 18, 2014                 BENJAMIN B. WAGNER
                                         United States Attorney
21

22                                By:   /s/ HEIKO P. COPPOLA
                                        HEIKO P. COPPOLA
23                                      Assistant United States Attorney

24

25

26

27

28

DISMISSAL MOTION & [PROPOSED] ORDER     1

**ORDER**

IT IS HEREBY ORDERED that the Indictment in the above-entitled matter, Eastern District of California case number 2:10-CR-0407 JAM, be unsealed and hereby is dismissed without prejudice.

March 21, 2014.

                                            /s/ John A. Mendez
                                            JOHN A. MENDEZ
                                            United States District Court Judge